UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
REGINA NATHE,                       :
                                    :
              Plaintiff,            :  06 Civ.4154(MBM)(DFE)
                                    :
     -against-                      :        ORDER
                                    :
WEIGHT WATCHERS INTERNATIONAL,      :
INC.,                               :  ┌─────────────────────────────┐
                                    :  │ USDC SDNY                   │
              Defendant.            :  │ DOCUMENT                    │
-----------------------------------X  │ ELECTRONICALLY FILED        │
                                       │ DOC #:                      │
MICHAEL B. MUKASEY, U.S.D.J.            │ DATE FILED: 8 21 06         │
                                       └─────────────────────────────┘

          This order confirms decisions taken at a conference on
August 18, 2006, as follows:

          1. Plaintiff will serve and file an amended complaint
by September 1, 2006.  Defendant will answer or move with respect
to the amended complaint by September 22, 2006.  Plaintiff will
respond by October 20, 2006.  Defendant may reply by November 3,
2006.

          2. Defendant's motion to dismiss the current complaint
is deemed withdrawn,

          3. Following service of the amended complaint and any
motion addressed thereto, either party may seek a conference to
establish a discovery schedule.

                                         SO ORDERED:



Dated: New York, New York                Michael B. Mukasey,
       August 18, 2006                   U.S. District Judge